IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GREGORY SCOTT WILSON )
Plaintiff,

vs.

MICHEAL LEMKE
Defendant.

13CV3862
JUDGE HART
MAGISTRATE COLE

RECEIVED

MAY 2 3 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT

Plaintiff, pro-se, alleges as follows:

1. This is a civil action arising under 42 U.S.C. 1983; the jurisdiction of this Court is conferred by 28 U.S.C. 1343.

2. Plaintiff Gregory Scott Wilson is a resident of the Northern District of Illinois.

3. Defendant Micheal Lemke is the Warden at the Stateville Correctional Center. Plaintiff sues Lemke in his individual capacity.

4. Plaintiff entered the Illinois Department of Corrections in 1999. The living conditions over the last year have become more deplorable.

5. The cell house the plaintiff has been living in since February 1, 2013 frank (f) house should be condemed.

6. Plaintiff has cockroaches crawling everywhere in the cell. The cockroaches crawl on him while sleeping, and in his food.

7. Plaintiff has water streaming down the walls of the cell, and rust streaks from that water.

8. Plaintiff has mold on the walls of the cell.

9. Plaintiff has a timer on the toliet, and can only flush every 10 minutes. Plaintiff has to smell feces because of this

timer. The timer's are designed for inmates under segregation status, and the plaintiff is not in segregation.

10. Plaintiff contends that ALL of Frank (f) house is in this terrible condition.

11. Plaintiff contends that Satteville Correctional Center as a whole in the other living units where the plaintiff had been housed prior to f-house have deplorable conditions as well.

12. Plaintiff had filed three (3) grievances regarding the living conditions at Sateville C.C..

13. The plaintiff contends that while housed and living in charlie (c) house in January 2012, a mouse had gotten into plaintiff's large property box and eaten his food and eaten the inner lining of a pair of plaintiff's shoes.

14. Plaintiff contends that with the infestation of mice, birds, cockroaches, bugs, spiders, and the other conditions of: mold, leaky water streaming down the cell walls, paint peeling and falling off of the cell walls, Stateville is extremely deplorable to the living conditions.

15. The plaintiff contends that because of the terrible living conditions also creates a health risk to plaintiff.

16. Plaintiff has exhausted his administrative remedies.

17. The actions of defendant Lemke in subjecting the plaintiff to these types of living conditions subjected plaintiff to a cruel and unusual punishment, contrary to rights secured by the Eighth Amendment to the Constitution of the United States.

18. Plintiff hereby demands trial by jury.

**WHEREFORE**, plaintiff request that judgement be entered against defendant Lemke in the amount in excess of one hundred thousand dollars, and that the Court grant whatsoever other legal and equitable relief as may be appropriate.

/s/ *[signature]*
Gregory Scott Wilson
Reg.#B-29111
PO Box 112
Joliet, Il. 60434

SUBSCRIBED AND SWORN TO BEFORE ME THIS 17th DAY OF May, 2013.

*[signature]*
NOTARY PUBLIC

OFFICIAL SEAL
PHYLLIS BAKER
Notary Public - State of Illinois
My Commission Expires Jan 19, 2015